| TARRETTA MANNING | CIVIL ACTION NO. 17-CV-00498 |
|---|---|
| VERSUS | CHIEF JUDGE DRELL |
| CIRCLE K STORES, INC., *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JURISDICTIONAL REVIEW ORDER

Before the Court is a Complaint removed from a Louisiana state court by Defendants Circle K. Stores, Inc. and Travelers Constitution State Insurance Company. Defendants premise federal jurisdiction on diversity of citizenship (Doc. 1).

The parties were ordered to show the citizenship of all parties to this action (Doc. 8).

Plaintiff Smith is a citizen of Louisiana.

Defendants show that Circle K Stores, Inc. is Texas Corporation with its principal place of business in Arizona. Therefore, Circle K. Stores, Inc. is a citizen of Texas and Arizona.

Defendants further allege that Travelers Constitution State Insurance Company is a Connecticut corporation. However, Defendants still have not stated where Travelers Constitution State Insurance Company has its principal place of business. See Tewari De-Ox Systems, Inc. v. Mountain States/Rosen, L.L.C., 757 F.3d 481, 483 (5th Cir. 2014).

Accordingly,

Defendants are ORDERED to supplement their response (Doc. 12) to state the principal place of business for Travelers Constitution State Insurance Company <u>on or before June 5, 2017.</u>

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this <u>26th</u> day of May, 2017.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge